IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

ROGELIO S. MARTINEZ )
    Plaintiff (s) )
vs. ) Civil No. 05-1146-CV-W-DW
) Crim. No. 05-00038-01-CR-W-DW
UNITED STATES OF AMERICA )
    Defendant (s) )

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED THAT**: Martinez's section 2255 motion (Doc. 1) is DENIED. Furthermore, the Court DECLINES to issue a certificate of appealability on any of the claims raised in the motion.

                                                                       PATRICIA L. BRUNE, CLERK

Date: April 13, 2006                                By: /s/ Y. Johnson
                                                                                   Deputy Clerk